# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JOANN SIMONS,**

    **Plaintiff,**

    v.      Case No. 19-CV-1851

**ANDREW SAUL,**
**Commissioner of the Social Security Administration,**

    **Defendant.**

## ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

This matter is before the court on the parties' stipulation for remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

It is hereby **ORDERED** that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, if the Appeals Council does not issue a fully-favorable decision, the Appeals Council will instruct an Administrative Law Judge (ALJ) to take further action to complete the administrative record. The ALJ will reevaluate the entire record, including Dr. Fugette's

opinion and all other opinion evidence. The ALJ will proceed through the sequential evaluation process as needed to reach a decision. If the evaluation reaches step four, the ALJ will reevaluate Simons's residual functional capacity. The ALJ will obtain vocational testimony if needed to support a decision. The ALJ will proffer any additional evidence consistent with agency regulations and SSRs. Consistent with agency regulations, the ALJ will offer Simons the opportunity for a new hearing and Simons may submit new evidence.

    Dated at Milwaukee, Wisconsin this 17th day of April, 2020.

*William E. Duffin*
WILLIAM E. DUFFIN
U.S. Magistrate Judge